UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BANKS,<br><br>        Petitioner<br><br>        v.<br><br>TRUMP ARTICLES OF IMPEACHMENT INCITMENT OF INSURRECTION AT U.S. CAPITOL; U.S. HOUSE OF REPRESENTATIVES; U.S. SENATE; WARDEN SEKOU MAAT; CENTRAL INTELLIGENCE AGENCY; DESIGNATION AND SENTENCE COMPUTATION CENTER, GRAND PRAIRIE TEXAS & FEDERAL BUREAU OF PRISONS,<br><br>        Respondents. | Case No. 2:21-cv-01042-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED THAT the above-captioned action is dismissed.

DATE: February 11, 2021

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE