

FILED
CLERK, U.S. DISTRICT COURT
MAR - 5 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FREDERICK BANKS,
    Petitioner,

v.

TRUMP ARTICLES OF IMPEACHMENT INCITMENT OF INSURRECTION AT U.S. CAPITOL, et al.,
    Respondents.

Case No. 2:21-cv-01042-ODW (GJS)

MOTION FOR RECONSIDERATION AND TO VACATE VOID ORDER & Judgment FED. R. CIV. PROC. 60(b)(4)

Frederick Banks, an American Indian & petitioner moves the Court for Reconsideration and to Vacate its void order & judgment and represents as follows:

Banks is an internationally famous and infamous musician and litigator that a Google search reveals has over 24 million to 77 million hits. See "Frederick Banks" @ Search Google.com

The CIA's illegal electronic surveillance caused Banks to be incarcerated on the bogus Wire Fraud & Aggravated Identity Theft charges. See USA v. Banks, 2:15cr168 (WDPA) at Trial Testimony Transcript of First Niagra Bank (Confirming that no wires were sent or received by forex.com out of any of Banks' Bank accounts). This Court has no way to know if Banks has a FISA warrant or CIA surveillance on him unless it orders the government to respond and address this issue which this Court has not done. However, millions of Americans including in California know about the CIA's illegal program because it's happening to them. See Testimonials at youtube.com & Google.com Search "Targeted Individual." In fact not only does Banks have a high pitched tone in his ears

that UPMC Presbaterian Hospital confirmed is coming in from an external source at 2000 Hertz (35 DBW) See Banks Bop medical records but his current cellmate Brynt May nightly talks to the CIA operators constantly which deprives Banks of sleep. May is not even assigned to Banks cell (226) but because of the CIA harassment was placed there. (May's assigned cell is 228) & staff refuse to move him.

A 28 USC 2255 remedy is inadequate & ineffective because due to the FISA warrant the CIA has Banks direct criminal Appeal in legal limbo because the Third Circuit has failed to appoint counsel. See USA v. Banks 20-2235 (3rd cir). Banks will never be able to file a 2255 because he will be released before the Appeal is decided if the Appeal is ever decided at all. Thus a 2241 is the proper remedy & because the FISA warrant & signal is lodged in this district this is the district to bring the 2241 petition.

This court stated that "complaints about the conditions of confinement are not cognizable in federal habeas review..." See order dismissing petition at page 7 fn. 3 and this assertion "is frivolous". But frankly this court is wrong. In Johnson v. Avery __ US __ ( ); Wilwording v. Swenson __ US __ ( ) & Ex parte Hull __ US __ ( ) the Supreme Court held that conditions of confinement claims (including in those cases) could be brought by

2 of 3

Habeas Corpus. In Johnson for example the claim involved the ability of jailhouse Lawyers to draft petitions for other inmates and a rule that prevented it. Most recently almost every Circuit Court has allowed conditions of confinement class action claims related to COVID 19 in 2241 Habeas Corpus petitions. Therefore, Equal Protection "Class of one" & due process, and Supreme Court & circuit law clearly allows Banks to bring this action.

The court should start by making a phone call to the U.S. Department of Justice in Washington, DC and confirm the FISA warrant on Banks, and then to the CIA to confirm that Banks is indeed in a CIA program. The medical records don't Lie!!!

WHEREFORE, the foregoing Motion should be granted & the order & judgment vacated.

Respectfully submitted,

Frederick Banks
05711068
PO Box 5000
Oakdale, LA 71463
PETITIONER

Cc all parties of record.

Frederick Banks
05711068
PO Box 5000
Oakdale, LA 71463

Special mail

Clerk, U.S. District Court
Central District of California
255 East Temple Street, Room 180
Los Angeles, CA 90012

GJS

SHREVEPORT LA 710
1 MAR 2021 PM 1 L

90012-333432

